Lieberman-Massoni v Massoni (2023 NY Slip Op 01787)

Lieberman-Massoni v Massoni

2023 NY Slip Op 01787

Decided on April 5, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ANGELA G. IANNACCI
REINALDO E. RIVERA
JOSEPH A. ZAYAS, JJ.

2019-06608
 (Index No. 2175/12)

[*1]Stacee Lieberman-Massoni, respondent-appellant,
v
John Massoni, appellant-respondent. Joseph R. Miano, White Plains, NY, for appellant-respondent.

Hasapidis Law Offices, South Salem, NY (Annette G. Hasapidis of counsel), for respondent-appellant.

DECISION & ORDER
In an action for a divorce and ancillary relief, the defendant appeals, and the plaintiff cross-appeals, from an order of the Supreme Court, Westchester County (Gretchen Walsh, J.), dated April 30, 2019. The order, insofar as appealed from, denied in part the defendant's motion for leave to reargue a decision after trial dated October 5, 2018. The order, insofar as cross-appealed from, granted in part the defendant's motion for leave to reargue the decision.
ORDERED that the appeal and cross-appeal are dismissed, without costs or disbursements.
The appeal and cross-appeal from the order which, as is relevant here, denied in part and granted in part the defendant's motion for leave to reargue a decision after trial dated October 5, 2018, must be dismissed. No appeal lies from an order denying reargument of a decision (see Spodek v Neiss , 304 AD2d 557; Yan v Klein , 266 AD2d 209), or from an order made upon reargument of a decision (see Stein v Club Med Sales , 239 AD2d 402; Stockfield v Stockfield , 131 AD2d 834).
DUFFY, J.P., IANNACCI, RIVERA and ZAYAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court